**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | : Bankruptcy No. 24-11583-PMM |
| Gail Marie King, | : Chapter 13 |
| *Debtor.* | : |
| | : |
| Lakeview Loan Servicing, LLC | : |
| *Movant,* | : |
| vs. | : |
| Gail Marie King | : |
| Terrence Billman (Non-Filing Co-Debtor), | : |
| *Debtors/Respondents,* | : |
| and | : |
| Scott F. Waterman, Esquire, | : |
| *Trustee/Respondent.* | : |

**ORDER**

AND NOW, this 26th day of March, 2025, upon the Certification of Default of Movant, Lakeview Loan Servicing, LLC, it is hereby

ORDERED THAT: the Motion is granted, and the Automatic Stay of all proceedings, as provided under 11 U.S.C. § 362, and § 1301 as to Terrence Billman, of the Bankruptcy Code is modified and lifted with respect to the Property, located at 21 Edie Lane, Easton, PA 18045, to allow Movant or its successors, if any, to exercise its rights under its loan documents., and

IT IS FURTHER ORDERED that the 14-day stay provided by Rule 4001(a)(3) is hereby waived.

*Patricia M. Mayer*

Honorable Patricia M. Mayer
U.S. Bankruptcy Judge